IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:65-CV-01796-FL

HAROLD DOUGLAS COPPEDGE, *et al.*, )
)
      Plaintiff, )
)
UNITED STATES OF AMERICA, )
)
      Plaintiff-Intervenor, )      ORDER
)
      v. )
THE FRANKLIN COUNTY BOARD )
OF EDUCATION, )
)
      Defendant. )
)

For good cause having been shown upon the Joint Motion for Approval of Notice Form Regarding Proposed Stipulation to Modify the 2003 Order filed by the United States of America, the Franklin County Board of Education ("District"), and counsel for the Plaintiffs (collectively "the Parties"), it is hereby ORDERED that:

1. The Joint Motion is GRANTED;

2. The proposed schedule for the dissemination of notice forms and the holding of a public meeting is APPROVED;

3. The proposed notice forms, identified as Exhibits 1 and 2 to the Joint Motion, are APPROVED for dissemination pursuant to the approved schedule; and

4. The Parties' request that the October 15 deadline for submission of the District's annual report be held in abeyance until the Parties submit the summary of public comments to this Court is GRANTED.

ENTERED THIS 27th DAY OF February 2018.

                                                  LOUISE W. FLANAGAN
                                                  United States District Judge