IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:65-CV-01796-FL

| | |
|---|---|
| HAROLD DOUGLAS COPPEDGE, et al., <br>     Plaintiffs, <br><br> UNITED STATES OF AMERICA, <br>     Plaintiff-Intervenor, <br><br> v. <br><br> THE FRANKLIN COUNTY BOARD OF EDUCATION, et al., <br><br>     Defendants. | ORDER |

For good cause having been shown upon the Joint Motion for Declaration of Unitary Status filed by the Franklin County Board of Education ("District"), the United States of America, and counsel for Private Plaintiffs, it is hereby ORDERED that:

1. The Joint Motion is GRANTED;

2. The District is declared unitary with respect to all outstanding desegregation obligations governed by this Court's June 2003 Consent Order, specifically the *Green* factor of student assignment, the administration of discipline, and the gifted and talented program;

3. All court-ordered obligations in this case are hereby DISSOLVED and jurisdiction is TERMINATED with respect to the areas declared unitary in the previous paragraph. Those areas being the only ones still subject to court order, this case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED, this the 12th day of August, 2024.

LOUISE WOOD FLANAGAN
United States District Judge
